Electronically Filed _____

**Entered on Docket**
**April 27, 2010**

*[signature]*

Hon. Linda B. Riegle
United States Bankruptcy Judge

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
Fax: 702 258-8787
Wells Fargo Home Mortgage
09-71138 / 0210136271

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | BK-S-09-11353-lbr |
| James W. Haltom, Jr. | MS Motion No.<br>Date: March 31, 2010<br>Time: 10:00 a.m. |
| | Chapter 13 |
| Debtor. | |

### ORDER RE ADEQUATE PROTECTION

Secured Creditor's Motion for Relief from the Automatic Stay having come on for hearing in the above-entitled Court, all appearances as noted on court record, and based upon all the papers and pleadings on file herein and good cause appearing therefore,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the debtor will cure the post-petition arrearages currently due as follows:

| | |
|---|---|
| 2 Monthly Payments at $1,839.00 (January 1, 2010 - February 1, 2010) | $3,678.00 |
| 2 Late Charges at $73.56 (January 1, 2010 - February 1, 2010) | $147.12 |
| Motion for Relief Filing Fee | $150.00 |
| Attorneys Fees | $750.00 |
| Total | $4,725.12 |

The total arrearage shall be paid in six monthly installments. Payments one through five (1-5) in the amount of $ 787.52 shall be in addition to the regular monthly payment and shall be due on or before the 20th day of the month commencing with the March 20, ~~2009~~ 2010 payment and continuing throughout and concluding on or before July 20, 2010. The sixth final payment in the amount of $ 787.52 shall be paid on or before August 20, 2010.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall give Debtor at least five business days' notice of the time, place and date of sale.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Debtor shall resume and maintain the regular monthly payments in a timely fashion, outside of any Bankruptcy Plan, beginning with the March 1, 2010, payment, on Secured Creditor's Trust obligation, encumbering the subject Property, generally described as 6453 Bright Morning St. , North Las Vegas,  NV 89084, and legally described as follows:

Exhibit A
LOT ONE HUNDRED FIFTY NINE (159) IN BLOCK SEVEN (7), OF ELDORADO RI 60 NO. 12- TM NO. 18 AS SHOWN BY MAP THEREOF ON FILE IN BOOK 113 OF PLATS, PAGE 7 IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA.
EXCEPT ALL OIL, ASPHALTUM, PETROLEUM, NATURAL GAS AND OTHER HYDROCARBONS AND OTHER VALUABLE MINERAL SUBSTANCES AND PRODUCTS, AND ALL OTHER MINERALS WHETHER OR NOT OF THE SAME CHARACTER HEREINABOVE GENERALLY DESCRIBED, IN OR UNDER SAID LAND AND LYING AND BEING AT A VERTICAL DEPTH OF 500 OR MORE FEET BELOW THE PRESENT NATURAL SURFACE OF THE GROUND, BUT WITHOUT RIGHT OF ENTRY ON THE SURF ACE OF WITHIN A VERTICAL DEPTH OF 500 FEET BELOW THE PRESENT NATURAL SURFACE OF THE GROUND.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that if the Debtor fails to make any payments as stated in this Order, or fail to maintain the regular monthly payments on Secured Creditor's Trust Deed obligation, allowing the normal grace period, then Secured Creditor may file and serve upon Debtors and Debtors' counsel, a fifteen (15) Day Notice Declaration Re Breach of

Condition. For each such Declaration Re Breach of Condition filed, there shall be assessed an

attorney fees of $100.00, to be paid by the Debtors upon any reinstatement. If upon the sixteenth

(16th) day Debtors have failed to cure the delinquency, then Secured Creditor may submit to this

Court an Order vacating the automatic stay as to Secured Creditor, and Secured Creditor may

thereafter proceed with foreclosure proceedings upon the subject Property, pursuant to applicable

State Law, and take any action necessary to obtain complete possession thereof.


Submitted by:

WILDE & ASSOCIATES


By _____ #10235
    **GREGORY L. WILDE, ESQ.**
    Attorneys for Secured Creditor
    212 South Jones Boulevard
    Las Vegas, Nevada 89107

APPROVED AS TO FORM & CONTENT:

Kathleen A Leavitt                          David Krieger

By _____                          By _____

Kathleen A Leavitt                          David Krieger
Chapter 13 Trustee                          Attorney for Debtors
201 Las Vegas Blvd., So. #200               1020 Garces Ave.
Las Vegas, NV 89101                         Las Vegas, NV 89101


                                            Nevada Bar No. _10601_